IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBAS EGHTESADI, | No. CIV S-08-2221-JAM-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| KEN CLARK, et al., | |
| Respondents. | |
| _____ / | |

Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his opposition to respondents' motion to dismiss, petitioner's counsel requests permission to appear telephonically at the hearing set for January 7, 2009. The request is granted. The parties may appear telephonically.

IT IS SO ORDERED.

DATED: December 18, 2008

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1