IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBAS EGHTESADI, | No. CIV S-08-2221-JAM-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| KEN CLARK, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 18, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

/ / /

/ / /

/ / /

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 18, 2009, are adopted in full;

2. Respondents' motion to dismiss (Doc. 12) is denied; and

3. Respondents shall file an answer to the petition within 60 days of the date of this order.

DATED: March 18, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE