UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBAS EGHTESADI,<br><br>                              Petitioner<br><br>v.<br><br>MATTHEW CATE, *et al*.,<br><br>                              Respondents | CV 08-02221 TJH<br><br><br>ORDER RE:  CERTIFICATE<br>OF APPEALABILITY |

On November 13, 2012, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253, The Court has reviewed the matter.

IT IS HEREBY ORDERED.

☑   The Certificate of Appealability is **Granted**.  The specific issue(s) satisfy 28 U.S.C. § 2253(c)(2) as follows:

(1)   Whether Petitioner's constitutional rights were violated in the trial court when a juror failed to reveal his relative was a district attorney.

(2)   Whether Petitioner's constitutional rights were violated when that juror shared extra-judicial information received from his relative, the district attorney, with the entire jury.

(3)   Whether Petitioner's constitutional rights were violated by the prosecution's use of perjured testimony in its case-in-chief.

☐   The Certificate of Appealability is **Denied** for the following reason(s):
  ☐   There has been no substantial showing of the denial of a constitutional right.
  ☐   The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
  ☐   The appeal seeks to test the validity of the detention pending removal proceedings.

February 2, 2015

*Terry J. Hatter, Jr.*
United States District Judge